UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRECOR INCORPORATED, a Delaware corporation; and LARRY D. MILLER, an individual,

Plaintiffs,

v.

FITNESS QUEST, INC., a Delaware corporation,

Defendant.

Case No. C05-0993L

ORDER ON MOTION TO ENLARGE OPPOSITION BRIEF

This matter comes before the Court on "Defendant Fitness Quest Inc.'s Motion to Enlarge Opposition Brief to Plaintiffs' Motion for Preliminary Injunction" (Dkt. # 38). Fitness Quest requests that it be allowed to submit a 34-page response brief. Fitness Quest already has requested and received a three-week extension on the due date of its reply brief. No further allowances will be made. IT IS HEREBY ORDERED that Fitness Quest's motion to enlarge is DENIED.

DATED this 30th day of November, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON MOTION FOR
PRELIMINARY INJUNCTION
HEARING CONTINUANCE - 1